IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADAM DESIMONE,<br><br>Plaintiff,<br><br>v.<br><br>GS LABS, LLC, DANIEL WHITE, CHRISTOPHER ERICKSON, AND GABRIEL SULLIVAN,<br><br>Defendants. | ) | CASE NO.: 2:24-CV-1466<br><br>**STIPULATION FOR DIMISSAL WITH PREJUDICE** |

COME NOW the parties, by and through their respective counsel of record, and advise the Court that the foregoing lawsuit has been settled and therefore jointly request that the same be dismissed, with prejudice, each party to pay its own costs.

DATED this 26th day of August, 2025.

Adam DeSimone, Plaintiff

By: *s/James R. Cooney*
James R. Cooney, PA Bar No. 32706
Ryan J. Cooney, PA Bar No. 319213
Cooney Law Offices LLC
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
jcooney@cooneylawyers.com
rcooney@cooneylawyers.com

GS LABS, LLC, Daniel White, Christopher Erickson, and Gabriel Sullivan, Defendants

By: */s/M. Olivia M. Norman*

Jordan W. Adam, NE Bar No. 23723
M. Olivia M. Norman, NE Bar No. 28180
FRASER STRYKER PC LLO
409 South 17th Street
Omaha, NE 68102
jadam@fraserstryker.com
onorman@fraserstryker.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and accurate copy of the foregoing was filed via CM/ECF on this __26th___ day of _August_______, 2025, which automatically sent electronic notice to counsel of record

/s/ _*James R. Cooney*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADAM DESIMONE,<br><br>Plaintiff,<br><br>v.<br><br>GS LABS, LLC, DANIEL WHITE, CHRISTOPHER ERICKSON, AND GABRIEL SULLIVAN,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) | CASE NO.: 2:24-CV-1466<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The matter before the Court is the Stipulation for Dismissal With Prejudice entered into between the parties. The Court finds that this matter should be dismissed, with prejudice.

IT IS THEREFORE ORDERED that this action is hereby dismissed in its entirety, with prejudice, each party to pay their own costs.

DATED this _____ day of _____________, 2025.

BY THE COURT:

______________________________
Honorable Nicholas Ranjan
United States District Judge